UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ENVER SINANAJ, :
:
:
Plaintiff, :
: 22-CV-8611 (JMF)
-v- :
: ORDER
:
ALMA REALTY CORP., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 9, 2023, the Court directed that "the parties may consent to proceed in front of Magistrate Judge Moses for all purposes (the appropriate form for which is available at https://www.nysd.uscourts.gov/node/754), in which case she would decide whether to approve the settlement." *See* ECF No. 25.  On March 17, 2023, the parties filed a notice, consent, and reference form, but used the version for a dispositive motion.  *See* ECF No. 27.  As a dispositive motion has not yet been filed, the application cannot be granted.  Should parties wish to proceed in front of Magistrate Judge Moses for all purposes, including settlement, they should file the form linked above.

      SO ORDERED.

Dated: March 22, 2023
       New York, New York
                                          _____
                                                JESSE M. FURMAN
                                           United States District Judge