UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVER SINANAJ,<br><br>            Plaintiff,<br><br> -against-<br><br>ALMA REALTY CORP., et al.,<br><br>            Defendants. | 22-CV-08611 (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge**.

    For the reasons discussed during today's conference, the parties shall re-submit a revised and fully-executed copy of their proposed settlement agreement no later than **July 28, 2023**.

Dated: New York, New York
       July 14, 2023
                              SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**