UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ENVER SINANAJ,
                    Plaintiff,
        -against-                                22-CV-8611 (BCM)
ALMA REALTY CORP., et al.,                       ORDER
                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2023

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter dated July 25, 2023 (Dkt. 38), attaching a revised proposed Settlement Agreement (Dkt. 38 Ex. 1), and notifying the Court that "the release provision" in paragraph five "has been revised to provide for mutual releases," and "the non-disparagement provision" in paragraph ten "has been removed[.]"

Having carefully reviewed the financial and non-financial terms of the revised Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED, and the parties shall file a stipulation of dismissal with prejudice no later than **October 9, 2023**.

Dated:  New York, New York
        September 7, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**